UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY E. SWINSON,

                    Petitioner,

          -against-

WARDEN SUARES,

                    Respondent.

20-CV-2696 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued April 14, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

Chambers will mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:    April 14, 2020
          New York, New York

                              _Louis L. Stanton_
                              Louis L. Stanton
                              U.S.D.J.